IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
OCT 2 5 2017
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:17-cr-045 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| PAIGE ELIZABETH THURMAN, | ) | T. 18 U.S.C. § 922(g)(3) |
| | ) | T. 18 U.S.C. § 924(c)(1)(A) |
| Defendant. | ) | T. 21 U.S.C. § 841(a)(1) |
| | ) | T. 21 U.S.C. § 841(b)(1)(A) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about September 7, 2017, in the Southern District of Iowa, the defendant, PAIGE ELIZABETH THURMAN, did knowingly and intentionally possess with intent to distribute a controlled substance, with said controlled substance being at least 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Possession of a Firearm During a Drug Trafficking Crime)**

On or about September 7, 2017, in the Southern District of Iowa, the defendant, PAIGE ELIZABETH THURMAN, did knowingly possess a firearm, including but not limited to, a Colt Mustang .380 semi-automatic handgun (serial number MU35491), in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A), as charged in Count 1.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
### (Possession of a Firearm by a Prohibited Person)

On or about September 7, 2017, in the Southern District of Iowa, the defendant, PAIGE ELIZABETH THURMAN, then being an unlawful user of and addicted to a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Colt Mustang .380 semi-automatic handgun (serial number MU35491), and ammunition.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### NOTICE OF FORFEITURE:

Upon conviction for an offense alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of said offense, including, but not limited to, the firearm and ammunition identified in Count 2 and 3 of this Indictment.

A TRUE BILL.

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Corey J. Becker
Special Assistant United States Attorney