August 26, 2018



DEFENDANT'S EXHIBIT
CASE NO. 1:17-cr-045
EXHIBIT NO. A-1

Michael Smart
701 Pierce St Ste 400
Sioux City, IA  51101

RE:  Paige Thurman, Character Witness Letter

Attn: Judge Jarvey

Your Honour,

I have known Hannah (Paige Thurman for about five years now as a friend. I can confirm she has great integrity, unconditional love for her two sons. I have had numerous conversations with her and she displays a desire to do great things for herself, for her children and family. She cares for people, is a very generous person. She is a motivated person, a great friend, supportive and encouraging. Her fire, her energy and her passion will get her to a better place.

She loves and cares for people instantly and isn't afraid to stand up for her values, integrity, her family and friends. She has been sitting in jail for about a year and I am so blessed to receive her letters. The direction she is going today clearly shows you she is overcoming the trouble that has followed her from the beginning through prayers and encouragement of the life she was born to follow.

I understand she has committed a crime and is being sentenced for this. I am asking for leniency for her sentence. I will be a support for her when she gets out to focus on the right things. I am happy to support her through whatever time she is sentenced for and write her back writer her back supporting her in this journey through recovery.

Hannah will be a better person, better mother, even if her children are grown by the time she is released. This is the hardest thing she will go through, and it will be the saddest part of her life because she will miss out on all of her children's firsts, first football game, soccer game, swim meet, graduating Elementary, Jr High, and High School. They are wonderful kids and I hope without their mother they receive the love they need to sustain them and support them until she is able to be a part of their lives. Hannah's life spiraled out of control over a short period and took her away from all that was important in life. It is horrible to have to realize you have lost everything to spend so much time away and never get it back to make it right. It is too late for her to be an active mother in her sons' lives, but she can still be a mother while coaching them in the way they need to go instead of how she went and then lost it all. I love this lady and am completely broken over the devastation she has to go through to come back to us in a new light.

Hannah's greatest lesson has already happened and that is she going through the fire and being refined and molded in the way God intended her to be. In less than a year, she has accepted her actions with knowing the punishment and focused on doing everything right moving forward. She lights up in her letters to me when she talks about God and how he is working on her and she is laying it all down for Him to handle the path to take. I am so proud of her strength and focus. I love her very much and wish her nothing but the best.

For your information, I am the Manager of Finance and Accounting at ServiceOne, Inc. and have been for the last 15 years. I oversee 14 people in the accounting department, general ledger, accounts receivable, accounts payable, collections, as well as inventory control and warehouse, building and fleet maintenance. My experience with people has included communications, training, performance improvement plans, coaching, and annual evaluations. With my experience, I have had the ability to see people's character, and coach them through whatever challenges they have had. Thank you for allowing me the opportunity to talk about Hannah and what kind of person she is.

Sincerely,
Iris Belt
6617 S 88 St
Ralston, NE 68127